People v Mejia (2024 NY Slip Op 04715)

People v Mejia

2024 NY Slip Op 04715

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: SMITH, J.P., LINDLEY, CURRAN, NOWAK, AND HANNAH, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (231/15) KA 12-00793.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JOSE MEJIA, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.